■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES HARRIS, Appellant. [765 NYS2d 248] —Judgment, Supreme Court, New York County (John Bradley, J.), rendered June 19, 2002, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The verdict was not against the weight of the evidence. Issues of credibility, including the weight to be given to inconsistencies in testimony, were properly considered by the jury and there is no basis for disturbing its determinations.

The court's *Sandoval* ruling balanced the appropriate factors and was a proper exercise of discretion (*see People v Hayes*, 97 NY2d 203 [2002]; *People v Walker*, 83 NY2d 455, 458-459 [1994]; *People v Pavao*, 59 NY2d 282, 292 [1983]). Concur—Nardelli, J.P., Mazzarelli, Andrias, Saxe and Williams, JJ.